IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WARNER BROS. RECORDS, Inc., A Delaware Corporation, CAPITOL RECORDS, Inc., A Delaware Corporation, ATLANTIC RECORDING, Corporation, A Delaware Corporation, UMG RECORDINGS, Inc., A Delaware Corporation, BMG MUSIC, A New York General Partnership, MOTOWN RECORD, Company, L.P., A California Limited Partnership, and SONY BMG MUSIC ENTERTAINMENT, A Delaware General Partnership,<br><br>        Plaintiffs,<br><br>    v.<br><br>DENISE STARK,<br><br>        Defendant. | CASE NO. 8:06CV269<br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

1. The Joint Stipulation of Dismissal Without Prejudice (Filing No. 30) is approved, and the relief requested therein is granted;

2. All pending motions are denied as moot (Filing Nos. 26 and 29);

3. The Complaint is dismissed without prejudice; and

4. The parties shall pay their own costs and attorney fees.

DATED this 26th day of December, 2006.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge